**Order entered August 4, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00390-CV

## IN RE CHRISTOPHER L. BAILEY, Relator

**Original Proceeding from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F10-52967**

## ORDER
Before Justices Lang-Miers, Myers, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's April 18, 2017 petition for

writ of mandamus as moot.


/s/    LANA MYERS
       JUSTICE